**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| NOVAK, LLP, | ) |
| | ) Case No.: 1:18-cv-00087 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge: PATRICIA A. GAUGHAN |
| | ) |
| PROFESSIONAL SOLUTIONS INSURANCE, | ) |
| | ) **PLAINTIFF'S NOTICE OF VOLUNTARY** |
| Defendant. | ) **DISMISSAL WITHOUT PREJUDICE** |
| | ) |

So Ordered.
/s/ Patricia A. Gaughan
1/29/18

In accordance with Rule 41(a)(1)(A)(i), Plaintiff Novak, LLP hereby notifies the Court and all parties that it is voluntarily dismissing the within action without prejudice.

                                                         Respectfully submitted,

                                                         */s/ Colin P. Sammon*
                                                         Colin P. Sammon (0076011)
                                                         Ritzler, Coughlin & Paglia, Ltd.
                                                         1360 East Ninth Street
                                                         1000 IMG Center
                                                         Cleveland, OH 44114
                                                         216.241.8333 Phone
                                                         216.241.5890 Fax
                                                         csammon@rcp-attorneys.com

                                                         *Attorney for Plaintiff*